**Mario Paul ROJAS and Katrina Rojas, Appellants,**

*v.*

**Kelly D. DOUGLAS, Respondent.**

**No. WD 41694.**

Missouri Court of Appeals,
Western District.

Oct. 17, 1989.

L.R. Magee of Hines & Magee, Kansas City, for appellants.

Thomas D. Billam of Wallace, Saunders, Austin, Brown & Enochs, Chtd., Kansas City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury award for damages to property.

Judgment affirmed. Rule 84.16(b).